IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**KURTIS ROY JETER,**

       **Plaintiff,**

v.                                   **CASE NO. 5:11-cv-18-RS-CJK**

**FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,**

       **Defendants.**
_____/

## ORDER

     Before me is the Magistrate Judge's Report and Recommendation (Doc. 16). The Report and Recommendation recommends that the action be dismissed without prejudice because of Plaintiff's failure to comply with an order of the court, namely an order requiring plaintiff to file a printout of the transactions in his inmate trust account for the period December 31, 2011, to May 16, 2012. (Doc. 14). Plaintiff was warned that failure to comply with the order would result in a recommendation that this case be dismissed. To date, Plaintiff has not complied with the order, and has not responded to the Court's June 26, 2012, order (Doc. 15) requiring him to show cause why this case should not be dismissed, nor the Court's August 23, 2012, order (Doc. 19) giving Plaintiff an extension of time to show cause because of his recent change of address.

**IT IS ORDERED:**

1. This case is dismissed without prejudice for Plaintiff's failure to comply with an order of the court.

2. The Clerk is directed to close the file.

**ORDERED** on September 19, 2012.

       /S/ Richard Smoak
       **RICHARD SMOAK**
       **UNITED STATES DISTRICT JUDGE**